*Ex parte* BACON and LYON.

Setting aside
a judgment by
default in a
court of com-
mon pleas, is
matter of discretion with that court.
And this court will not interfere on such a subject by mandamus.

THE common pleas of *St. Lawrence* county had set aside a regular judgment by default against the defendant, in a cause wherein the relators were plaintiffs, and one

*Taylor* defendant, on the ground of merits, on payment of costs.

And this court were now moved that a mandamus issue, commanding the C. P. to vacate that rule.

*B. S. Doty*, for the relators.

The motion was not opposed; but

*Per Curiam.* The common pleas must be their own judges, upon the circumstances before them, whether they will set aside a default upon the merits. This is so much a matter of discretion, that we will not interfere by mandamus. The granting or refusal of such an application, is governed by no fixed principles. No positive rule of law has been violated by the court below; nor can we fix bounds to their discretion upon this subject.

Besides; upon the circumstances disclosed here, we rather think we should have set aside the default in question on our own rules of practice. But upon this we give no opinion.

Motion denied.